IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION


| | | |
|---|---|---|
| ROOSEVELT HULETT, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 9:07cv223 |
| BETTY McMAIN, ET AL. | § | |


ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE


The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration.  The Report and Recommendation recommends the complaint be dismissed with prejudice for lack of subject matter jurisdiction.  Plaintiff Roosevelt Hulett filed written objections on December 28, 2007.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. Plaintiff has not alleged any federal law conferring jurisdiction upon this Court to consider his claims and none is apparent.  To the extent Plaintiff complains that a "wrong" occurred in a case decided in the District Court of Polk County, Plaintiff cannot appeal that decision in this Court.  Therefore,

the findings and conclusions of the Magistrate Judge in the Report and Recommendation are hereby

adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** with prejudice for lack of subject matter

jurisdiction.


So **ORDERED** and **SIGNED** this **2**   day of **January, 2008.**


_____

Ron Clark, United States District Judge